## Gordon *v.* Olevsky, Appellant.

Argued September 12, 1969. *Alan William Margolis,* with him *B. Alan Dash,* and *Frank*

& *Margolis,* for appellant; *Robert L. Franklin,* for appellee.

Order affirmed.